UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSS COLBY,<br><br>    Defendant. | Case No. 5:17-CR-00168-LHK<br><br>**CJA CONTRIBUTION ORDER** |

Having further reviewed defendant's financial affidavit, it appears that defendant is financially able to contribute.

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $75.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

    [X] That certain date of May 1, 2017 and the SAME DAY each month thereafter;

    [X] MAIL TO: **Clerk, U.S. District Court,**
                         **280 South First Street, Room 2112**
                         **San Jose, CA 95113-3095**

Please indicate that this is a CJA payment and include the case number

Dated: 4/26/2017

                                               SUSAN VAN KEULEN
                                               United States Magistrate Judge

Case No. 5:17-CR-00168-LHK
CJA CONTRIBUTION ORDER