IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Ross Colby,<br><br>　　　　　Defendant. | ) No. CR 17-00168 LHK  (SVK)<br>)<br>)<br>)<br>) [PROPOSED] TRAVEL ORDER<br>)<br>)<br>) |

　　GOOD CAUSE BEING SHOWN, the bond in the above matter is modified to allow Ross Colby to travel to Reno, Nevada in the District of Nevada from June 1, through June 4, 2017, for a business meeting.

　　All other conditions of bond remain in full force and effect.

Dated:"7 15 31 4239

_____
U.S. MAGISTRATE JUDGE

[PROPOSED] TRAVEL ORDER　　　　　- 1 -