IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17-00168 LHK  (SVK) |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] TRAVEL ORDER |
| Ross Colby, | ) | |
| Defendant. | ) | |

   GOOD CAUSE BEING SHOWN, the bond in the above matter is modified to allow Ross Colby to travel to Black Rock Desert, Nevada in the District of Nevada from August 20, 2017, through September 5, 2017.   Mr. Colby will provide his travel information to Pretrial Services prior to leaving on his trip.

   All other conditions of bond remain in full force and effect.

Dated: 8/14/2017

*Susan van Keulen*
U.S. MAGISTRATE JUDGE

[~~PROPOSED~~] TRAVEL ORDER                        - 1 -