VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306

Telephone     (650) 289-0635
Fax           (650) 289-0636

Counsel for Ross Colby

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>              Plaintiff,         )<br>                                 )<br>         v.                     )<br>                                 )<br> ROSS COLBY,                     )<br>                                 )<br>              Defendant.         )<br> _____ ) | No. CR 17-00168 LHK (SVK)<br><br>EX PARTE APPLICATION<br>FOR TRAVEL ORDER |

    Defendant Ross Colby, by and through his counsel of record, Vicki H. Young, hereby applies to this court for an order modifying the conditions of his bond so that he can travel from San Francisco to Charlottesville, Virginia, in the Western District of Virginia, from November 20, 2017, through November 28, 2017, to spend the Thanksgiving holiday with his family.  Since Mr. Colby may be flying into Dulles Airport, in the Eastern District of Virginia, instead of Charlottesville, permission to travel to and through the Eastern District of Virginia during those dates is also requested.

    The next appearance in the case is a status conference set for December 6, 2017, at 9:15 a.m.

    On November 9, 2017, I sent an e-mail to AUSA Susan Knight regarding this request.  She responded that she did not oppose this request.

1     On November 9, 2017, I sent an e-mail to Pretrial Services Officer Kalisi Kupu regarding this
2 request. Officer Kupu responded that she did not oppose this request.

3 DATED: November 9, 2017                         Respectfully submitted,

                                                  /s/ Vicki H. Young
                                               VICKI H. YOUNG
                                               Attorney for Ross Colby