VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306

Telephone   (650) 289-0635
Fax         (650) 289-0636

Counsel for Ross Colby

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17-00168 LHK (SVK) |
| Plaintiff, | ) | |
| v. | ) | EX PARTE APPLICATION FOR TRAVEL ORDER |
| ROSS COLBY, | ) | |
| Defendant. | ) | |

   Defendant Ross Colby, by and through his counsel of record, Vicki H. Young, hereby applies to this court for an order modifying the conditions of his bond so that he can travel from San Francisco to Las Vegas, Nevada, in the District of Nevada, from December 12, 2017, through December 14, 2017, to meet with some people about a job opportunity.

   The next appearance in the case is a pretrial conference on May 2, 2018, at 9:15 a.m.

   On December 8, 2017, I sent an e-mail to AUSA Susan Knight regarding this request. She responded that she did not oppose this request as long as Pretrial Services approved.

///

///

APPLICATION FOR
TRAVEL ORDER                              - 1 -

1   On December 8, 2017, I sent an e-mail to Pretrial Services Officer Kalisi Kupu regarding this
2   request. Officer Kupu responded that she did not oppose this request as long as Ross Colby
3   provided his itinerary prior to his trip.

4   DATED: December 8, 2017                    Respectfully submitted,

        /s/ Vicki H. Young
VICKI H. YOUNG
Attorney for Ross Colby

APPLICATION FOR
TRAVEL ORDER                    - 2 -