VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306

Telephone   (650) 289-0635
Fax         (650) 289-0636

Counsel for Ross Colby

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 17-00168 LHK (SVK) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | EX PARTE APPLICATION FOR TRAVEL ORDER |
| ROSS COLBY, | ) | |
| Defendant. | ) | |

Defendant Ross Colby, by and through his counsel of record, Vicki H. Young, hereby applies to this court for an order modifying the conditions of his bond so that he can travel from San Francisco to Phoenix, Arizona, in the District of Arizona, from February 18, 2018, through February 25, 2018, to see his brother and his parents.

The next appearance in the case is a pretrial conference on May 2, 2018, at 9:15 a.m.

On February 12, 2018, I spoke with AUSA Susan Knight regarding this request. She advised that she did not oppose this request.

///

///

APPLICATION FOR
TRAVEL ORDER                    - 1 -

1     On February 12, 2018, I sent an e-mail to Pretrial Services Officer Kalisi Kupu regarding this request. Officer Kupu responded that she did not oppose this request as long as Ross Colby provided his itinerary prior to his trip.

DATED: February 12, 2018            Respectfully submitted,

                                                    /s/ Vicki H. Young
                                             VICKI H. YOUNG
                                             Attorney for Ross Colby