ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    E-Mail:Susan.Knight@usdoj.gov
        Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00168 LHK |
| Plaintiff, | UNITED STATES' REQUESTED VOIR DIRE QUESTIONS |
| v. | Pretrial Conference: May 2, 2018 |
| ROSS COLBY, | Time: 9:15 a.m.<br>Trial: May 29, 2018 |
| Defendant. | Court: Honorable Lucy H. Koh |

      The United States submits the following proposed voir dire questions, with the suggestion that the Court address these questions to the jury pool, and permit counsel to do brief follow-up as necessary.

<u>Knowledge of Defendant</u>

      1.    During this trial, you will hear testimony regarding an investigation into the activities of Ross Colby, who lived in San Francisco, California, and Richmond, California.

          (a)  Do any of you know Ross Colby?

          (b)  If you know him, how long have you known him and in what capacity?

<u>Knowledge of Potential Witnesses</u>

2.  Do you know or are you familiar with any of the following individuals who may be witnesses in this case?

(a)  A. Monte Frazier, Federal Bureau of Investigation

(b)  Frank Bravo, Director of Information Technology, Embarcadero Media Group

(c)  Cesar Torres Gallegos, Former System Administrator, Embarcadero Media Group

(d)  Scott Hellman, Special Agent, Federal Bureau of Investigation

(e)  William S. Johnson, Chief Executive Officer, Embarcadero Media Group

(f)  Zepher Pellerin, San Francisco, CA

(g)  Chris Planessi, Senior Web Developer, Embarcadero Media Group

<u>Attitude Toward Law Enforcement</u>

3.  Have you, any member of your immediate family, or any close family friend ever had any contact with any law enforcement officer?

(a)  If so, do you think the police officer acted professionally and fairly?

(b)  Were you happy with the result?

4.  Have you, any member of your family, or any close family friend ever made a police report or asked a police officer for help?

(a)  If so, did the officer act professionally and fairly?

(b)  Do you think the police did all they could to help you?

(c)  Were you happy with the result?

5.  Have you, any member of your family, or any close family friend ever been stopped or questioned by a law enforcement officer?

(a)  If so, did the officer act professionally and fairly?

6.  Have you, any member of your family, or any close family friend ever filed a lawsuit or complaint concerning the conduct of a law enforcement officer?

7.  Have you, any member of your family, or any close family friend ever been arrested by a law enforcement officer?

(a)  If so, did the officer act professionally and fairly?

(b)  Do you have any feelings against law enforcement officers?

8.      Have you, any member of your family, or any close family friend ever been convicted of any offense?

(a)  What was the nature of your relationship with the individual who was convicted?

(b)  What was the offense charged that led to the conviction?

(c)  Would this experience make it difficult for you to be a fair and impartial juror in this case?

9.      Do any of you think that law enforcement or the criminal justice system is not fair?

10.     Do you know any lawyer, judges, or court personnel, including any prosecuting attorneys or criminal defense attorneys?

11.     The government has burden of proving the defendant guilty beyond a reasonable doubt. The law does not require the government to prove its case beyond all doubt.

(a)  Would any of you feel like you should require the United States to prove its case beyond all doubt before you would vote for a verdict of guilty?

Knowledge of Computers

12.     Does anyone work in the computer industry, i.e. writing software code/applications, marketing software, etc.?

13.     Are you or any of your close friends or family, members of or associated with, computer/internet advocacy groups such as the Electronic Frontier Foundation, the Center for Democracy and Technology, or similar organizations?

14.     Have you, your employer, or any of your family or close friends, ever been a victim of "computer hacking" or any offense involving a computer, either personally or at work?

15.     Have you ever applied for a job or worked in the high tech/computer field?

16.     Have you ever received training in computer work or network security?

Judgment and Application of the Law

17.     Do you understand that as a juror you must accept and apply the law as it is explained to you by the Court, even if you believe the law is or should be different?

18.   You should not speculate about the possible punishment if the defendant is found guilty. While it is natural to wonder what might happen as a result of your verdict, will you be able to perform your duty to follow the law and decide whether the defendant is guilty without regard to the possible consequences?

19.   Do any of you have any moral, religious, or philosophical principles that make you reluctant to serve on a jury in a criminal case?  Would any of those principles make it difficult or impossible for you to judge your fellow citizens?  Do any of you hold any principles, from whatever source, that would cause you to refuse to vote to convict a person regardless of whether you felt the evidence proved the defendant guilty beyond a reasonable doubt?

20.   Do you know of any reason, whether previously discussed or not, that would prevent you from serving as a fair and impartial juror in this case?

DATED: April 11, 2018                              Respectfully submitted,

                                                  ALEX G. TSE
                                                  Acting United States Attorney

                                                  /s/
                                                  _____
                                                  SUSAN KNIGHT
                                                  JOSEPH E. SPRINGSTEEN
                                                  Assistant United States Attorneys