VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306

Telephone   (650) 289-0635
Fax              (650) 289-0636

Counsel for Ross Colby

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 17-00168 LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DEFENDANT ROSS COLBY' WITNESS AND EXHIBIT LIST |
| ROSS COLBY, | ) | |
| Defendant. | ) | |

Defendant Ross Colby has no witnesses or exhibits to identify at this time. However, trial preparation and investigation continues, and he reserves the right to identify any witnesses and exhibits if he identifies any that he intends to introduce in his defense case-in-chief.

DATED: April 11, 2018                    Respectfully submitted,


   /s/ Vicki H. Young
VICKI H. YOUNG
Attorney for Ross Colby

DEFENDANT'S WITNESS
AND EXHIBIT LISTS                    - 1 -