UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSS COLBY,<br><br>Defendant. | Case No. 17-CR-00168-LHK-1<br><br>**ORDER REQUIRING ADDITIONAL BRIEFING ON MOTIONS IN LIMINE**<br><br>Re: Dkt. Nos. 38, 39, 40, 42, 43 |
|---|---|

The Court has reviewed Defendant Ross Colby's motions in limine regarding expert disclosures, ECF No. 39 and 40, and the government's response to such motions, ECF No. 42. Neither party provides sufficient information for the Court to rule on these motions. Therefore, on Tuesday, April 24, 2018, the government shall provide to the defense a detailed proffer of Special Agent A. Monte Frazier's trial testimony. By Thursday, April 26, 2018, the parties shall meet and confer regarding any defense objections to Special Agent Frazier's proffered trial testimony. On Friday, April 27, 2018, defense counsel shall file unresolved specific objections to Special Agent Frazier's proffered trial testimony. On Monday, April 30, 2018, the government shall file a response to the defense objections.

1  The government's April 18, 2018 reply, ECF No. 42, to defendant's motions in limine does not address the defense request for a pretrial hearing regarding the admissibility of evidence of intrusion into any of the Embarcadero computers beyond the charged conduct of accessing employee email accounts at the GoDaddy account and/or deleting email accounts, ECF No. 40. The government shall file a response by April 23, 2018.

The Court notes that the culture in this district is for the government to voluntarily produce Jencks Act statements earlier than required by statute. The parties shall meet and confer regarding whether the government will do so in this case. The parties shall file a Jencks Act status report by Friday, April 27, 2018, stating whether the government will produce Jencks Act statements early, and if so, by what specific date.

The Court has reviewed the government's motions in limine, ECF No. 38, and the defense's response, ECF No. 43. The Court requires additional information to rule on three of the government motions, and therefore, orders the government to file a reply as to the following government motions: Number 3.A., the United States intends to introduce statements of the defendant; Number 5, the Defendant may not raise duress as an affirmative defense; and Number 6, admission of FRE 404(b) evidence. The government's reply shall be filed by April 27, 2018.

In addition, in its response to the government's motion, the defense raised for the first time an objection to the testimony of William S. Johnson. The government shall file a response to this objection by April 27, 2018.

**IT IS SO ORDERED.**

Dated: April 20, 2018

_____
LUCY H. KOH
United States District Judge