ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    E-Mail: Susan.Knight@usdoj.gov
               Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306
Telephone: (650) 289-0635
Fax: (650) 289-0636

Counsel for Ross Colby

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROSS COLBY,<br><br>    Defendant. | No. CR 17-00168 LHK<br><br>STATUS MEMORANDUM REGARDING THE GOVERNMENTS USE OF EXPERT TESTIMONY<br><br>Pretrial Conference: May 2, 2018<br>Time: 9:15 a.m.<br>Trial: May 29, 2018<br>Court: Honorable Lucy H. Koh |

    Pursuant to the Court's April 20, 2018 Order, the parties file a status report regarding the anticipated testimony at trial of Federal Bureau of Investigation Special Agent Anthony M. Frazier in the above-captioned matter.

STATUS MEMORANDUM
CR 17-00168 LHK

On April 23, 2018, the government provided defense counsel Vicki Young with a proffer of Special Agent Frazier's anticipated testimony. This afternoon, the parties discussed Special Agent Frazier's anticipated testimony during a conference call. The government now agrees with Ms. Young that a small portion of Special Agent Frazier's testimony in which he draws conclusions based on the evidence is likely expert testimony. Therefore, the government will file a notice of expert testimony, including the summary of Special Agent Frazier's qualifications and the specific portions of his testimony on which the government intends to qualify him as an expert by Friday, April 27, 2018. Also, the government will provide Ms. Young with a copy of Special Agent Frazier's resume.

Finally, the defense reserves the right to respond to the government's expert notice.

DATED: 4/26/18

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/
SUSAN KNIGHT
JOSEPH E. SPRINGSTEEN
Assistant United States Attorneys


/s/
VICKI H. YOUNG
Counsel for Mr. Colby

STATUS MEMORANDUM
CR 17-00168 LHK