ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    E-Mail:Susan.Knight@usdoj.gov
        Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306
Telephone: (650) 289-0635
Fax: (650) 289-0636

Counsel for Ross Colby

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00168 LHK |
|     Plaintiff, | JOINT STATUS MEMORANDUM REGARDING THE PRODUCTION OF JENCKS STATEMENTS (Dkt. No. 44) |
|     v. | |
| ROSS COLBY, | Pretrial Conference: May 2, 2018 |
|     Defendant. | Time: 9:15 a.m.<br>Trial: May 29, 2018<br>Court: Honorable Lucy H. Koh |

Pursuant to the Court's April 20, 2018 Order, the parties file this status report regarding the disclosure of Jencks Act statements.

On April 27, 2018, the parties discussed discovery issues, including the disclosure of Jencks Act statements. The government produced discovery to defense counsel on April 27, 2017, July 13, 2017,

STATUS MEMORANDUN
CR 17-00168 LHK

October 30, 2017, April 17, 2018, April 24, 2018, and April 27, 2018.  In those productions, the government provided over 2,200 pages consisting of, among other things, computer logs and other data from internet service providers, data from a domain registrar, and documents from Embarcadero Media. In addition, the government produced all reports, investigative summaries, charts, and search warrant affidavits authored by the FBI, including Special Agents Anthony Frazier and Scott Hellman.  None of the witnesses whom the government anticipates calling at trial testified before the grand jury in this case. Therefore, the government informed defense counsel that will it not be producing grand jury transcripts.

Furthermore, the government produced FBI 302s of witness statements (including all witnesses whom the government anticipates will call at trial), email communications between Embarcadero and the FBI, email communications between the FBI and Mountain View Police Department, email communications between the undersigned counsel and the FBI, and letters and reports authored by Embarcadero employees.  On April 6, 2018 and April 9, 2018, undersigned counsel met with defense counsel to give her an opportunity to review the notes with the reports of FBI agents and compare them with the agents' reports.  During both meetings, the government provided copies of notes that defense counsel requested.

The parties discussed the government's interview of witnesses during pretrial preparation, and the government agreed to produce reports of any new information those witness provide during pretrial preparation.

The government will continue to comply with its discovery obligations.

DATED:  4/27/18

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/
SUSAN KNIGHT
JOSEPH E. SPRINGSTEEN
Assistant United States Attorneys

/s/
VICKI H. YOUNG
Counsel for Mr. Colby

STATUS MEMORANDUN
CR 17-00168 LHK