ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   E-Mail: Susan.Knight@usdoj.gov

Attorneys for United States of America

**FILED**

MAY 01 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 17-00168 LHK |
| Plaintiff, | ) |
| | ) UNITED STATES' APPLICATION AND |
| v. | ) [PROPOSED] ORDER TO SEAL DOCUMENTS |
| ROSS COLBY, | ) |
| Defendant. | ) |

The United States, through undersigned counsel, respectfully moves this Court to seal the United States' *Ex Parte* Motion Requesting that the Count Find that a Hearing to Determine the Defendant's Competency is Unnecessary and attached psychological report. Based on the declaration of AUSA Susan Knight, these documents contain confidential medical, legal, and personal information about the defendant and should be sealed in order to protect the defendant's privacy.

DATED: 5/1/18

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/ Susan Knight
SUSAN KNIGHT
Assistant United States Attorney

*ex parte*

**[PROPOSED] ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the United States' *Ex Parte* Motion Requesting that the Count Find that a Hearing to Determine the Defendant's Competency is Unnecessary and accompanying psychological report in the above-captioned matter be sealed.

DATED: 5/1/18

*Lucy H Koh*
HONORABLE LUCY H. KOH
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**UNITED STATES' EX PARTE MOTION REQUESTING THAT THE COURT FIND A HEARING TO DETERMINE THAT THE DEENDANT IS COMPETENT IS UNNECESSARY; [PROPOSED] ORDER**

**UNITED STATES' APPLICATION AND PROPOSED ORDER TO SEAL DOCUMENTS**

in the case of **UNITED STATES V. ROSS COLBY** CR 17-00168 LHK to be served on the party in this action, by mailing a true copy thereof, addressed as follows:

VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306

    ( ) (By Hand Delivery), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

    (XX) (By Email), I caused each such document to be sent by Email to the person or offices of each addressee(s) above.

    (XX) (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Jose, California.

    ( ) (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   April 30, 2018

*/s/ Elise Etter*
ELISE ETTER
Legal Assistant
United States Attorney's Office

CERTIFICATE OF SERVICE