VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306

Telephone   (650) 289-0635
Fax         (650) 289-0636

Counsel for Ross Colby

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 17-00168 LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DEFENDANT'S RESPONSE REGARDING OFFER OF PROOF RE DURESS DEFENSE |
| ROSS COLBY, | ) | |
| Defendant. | ) | |

 Ross Colby, through counsel, hereby applies for additional time to respond to the Clerk's Notice filed at 9:14 pm on April 30, 2018, directing the defendant to file an offer of proof regarding his duress defense by 5 pm Tuesday May 1, 2018.

 Ross Colby was unavailable to meet with counsel for a good part of the afternoon of May 1, 2018, because he was attending the weekly counseling sessions set up by his U.S. Pretrial Services Officer. While counsel and Mr. Colby had some time to talk on May 1, 2018, counsel believes additional time is necessary to reach a considered decision regarding the preparation of an offer of proof regarding a duress defense.

 Defense counsel spoke with AUSA Susan Knight regarding an extension of time of a few days to file an offer of proof and she responded that she had no objection to this request.

///

1  Therefore an extension of time to Thursday May 3, 2018, at 5 PM. Is requested for the filing of
2  an offer of proof.
3      DATED: May 1,  2018                    Respectfully submitted,
4
5                                               /s/ Vicki H. Young
                                               VICKI H. YOUNG
6                                              Attorney for Ross Colby

DEFENDANT'S RESPONSE RE OFFER
OF PROOF                    - 2 -