ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
E-Mail:Susan.Knight@usdoj.gov
        Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROSS COLBY, <br><br> Defendant. | No. CR 17-00168 LHK <br><br> UNITED STATES' NOTICE REGARDING THE STATUS OF WITNESSES AND DECLARATIONS OF WITNESSES. <br><br> Pretrial Conference: May 2, 2018 <br> Time: 9:15 a.m. <br> Trial: May 29, 2018 <br> Court: Honorable Lucy H. Koh |

## INTRODUCTION

On April 30, 2018, the Court scheduled an evidentiary hearing for May 2, 2018 at 9:15 a.m. and ordered FBI Special Agents Anthony Frazier and Scott Hellman to testify. AUSA Susan Knight notified both agents about the hearing scheduled on May 2, 2018. *See* Exhibit 1, Declaration of AUSA Knight. Since both agents are currently on assignment in Virginia, they are unavailable to attend the hearing tomorrow.

Supervisory Special Agent Hellman moved to Virginia in May 2016 and is currently assigned to the Eurasian Cyber Operations Unit in Chantilly, Virginia. Furthermore, he will be attending a work-

related conference in Pennsylvania from May 2, 2018 through May 4, 2018, and during the week of May 7, 2018 through May 11, 2018, he needs to be in Virginia due to family obligations. *See* Exhibit 2, Declaration of Special Agent Hellman.

In addition, Special Agent Frazier was selected by the FBI Cyber Division to serve a six-month temporary duty assignment as the new Cyber Assistant Legal Attaché in Taipei, Taiwan. Although he does not leave for Taiwan until June 13, 2018, the FBI requires him to attend a mandatory two-week overseas survival awareness program (OSAP) course. Upon completion, this course will satisfy the U.S. State Department pre-deployment training requirement and will allow Special Agent Frazier to go to Taiwan. If he is unable to complete the course, he will be ineligible to go to Taiwan. He is currently at the FBI Training Academy in Quantico, Virginia for the OSAP course, which runs from Monday, April 30, 2018 to Friday, May 11, 2018. *See* Exhibit 3, Declaration of Special Agent Frazier.

Furthermore, in order to assist the Court, the government submits declarations from AUSA Susan Knight and Special Agents Frazier and Hellman regarding the statements made to the defendant regarding the proffer agreement. The government requests that the Court find, based on the declarations, that an evidentiary hearing is unwarranted. Otherwise, the government requests that an evidentiary hearing be held after May 14, 2018 in order to accommodate the agents' schedules.

## PROFFER OF TESTIMONY

The government supplements its April 27, 2018 filing (Dkt. No. 50) with the following declarations.

1. <u>AUSA Susan Knight</u>

AUSA Knight will testify that on December 15, 2015, she participated in a phone call with Mr. Colby, his then-counsel, Joy Bertrand, and Special Agents Anthony Frazier and Scott Hellman. The purpose of the call was for Mr. Colby to provide information about an alleged threat against a Menlo Park Police Officer. Mr. Colby did not sign a proffer agreement, but was informed by AUSA Knight that he should only discuss the information he had about the alleged threat and not to reveal any details about his alleged involvement in the intrusion into Embarcadero Media. *See* Exhibit 1, ¶ 3.

After the telephone interview, AUSA Knight asked Ms. Bertrand if Mr. Colby would be willing to meet with the FBI about the intrusion into Embarcadero Media. They discussed their schedules and

1  initially agreed upon a meeting on April 21, 2016 in the U.S. Attorney's Office ("USAO") in San Jose,
2  California.  On March 22, 2015, AUSA Knight confirmed that the FBI agents were available on April
3  21, 2015 and emailed a proffer agreement to Ms. Bertrand.  On April 11, 2016, Ms. Bertrand notified
4  AUSA Knight that she had a conflict and requested that the meeting be re-scheduled for mid-May.  On
5  May 9, 2016, AUSA Knight and Ms. Bertrand scheduled a meeting for May 17, 2016, and Ms. Bertrand
6  requested an updated proffer letter.  AUSA Knight believes that she provided Ms. Bertrand with an
7  updated proffer agreement.  *See id.*, ¶ 4.

8  On May 17, 2016, Mr. Colby and Ms. Bertrand came to the USAO in San Jose for an
9  interview pursuant to the proffer agreement AUSA Knight sent them on May 9, 2015.  AUSA Knight
10 introduced them to FBI Special Agents Frazier and Hellman.  She also gave an unsigned copy of the
11 proffer agreement to Ms. Bertrand and Mr. Colby and stated that it was the same agreement that she had
12 previously emailed to Ms. Bertrand.  *See* id., ¶ 5.

13 AUSA Knight then orally reviewed the proffer agreement to Mr. Colby and Ms. Bertrand,
14 explaining that the government would not use Mr. Colby's statements against him to charge him with
15 any new crimes, or as direct evidence during any trial.  She told Mr. Colby that if he lied during any
16 subsequent proceeding, the government would be able to use any statements he made during the proffer
17 against him.  *See id.*, ¶ 6.  She informed Mr. Colby that he was being interviewed by the FBI regarding a
18 federal investigation in the Northern District of California and that he had an obligation to tell the truth.
19 She also advised him of the penalties for perjury.  *See id.*, ¶ 7.

20 Finally, AUSA Knight asked Mr. Colby and Ms. Bertrand if they had any questions concerning
21 the agreement and they answered in the negative.  After discussing the proffer agreement, AUSA Knight
22 asked Mr. Colby and Ms. Bertrand if they wanted her and the FBI agents to leave the room so that they
23 could discuss the agreement privately.  They declined the offer, and Mr. Colby and Ms. Bertrand then
24 signed the agreement.  *See id.,* ¶¶ 7-8

25 2.  <u>FBI Supervisory Special Agent Scott Hellman</u>:

26 Special Agent Hellman interviewed Mr. Colby on December 15, 2015 via telephone regarding
27 information he had regarding an alleged threat against Menlo Park Police Officer.  *See* Exhibit 2, ¶ 4.
28 Assistant United States Attorney Susan Knight and FBI Special Agent Anthony Frazier were on the

phone call. He believes that Ms. Bertrand also participated in the phone call, and cannot recall if Mr. Colby signed a proffer agreement with the United States Attorney's Office and the FBI. *See id.*

Special Agent Hellman will further testify that he interviewed Mr. Colby on May 17, 2016 pursuant to a proffer agreement with the United States Attorney's Office and the FBI at the United States Attorney's Office in San Jose, California. Ms. Bertrand, FBI Special Agent Frazier, and AUSA Susan Knight also participated in the interview. *See id.*, ¶ 5. He recalls that AUSA Susan Knight asked Mr. Colby and/or Ms. Bertrand if they had an opportunity to review the proffer agreement. In addition, he recalls that AUSA Knight informed Mr. Colby that the most important thing regarding his participation in the proffer was for him to be truthful. *See id.*, ¶ 6.

3. <u>FBI Special Agent Anthony Frazier</u>

Special Agent Frazier will testify that he interviewed Mr. Colby on December 15, 2015 during a telephone call regarding information Mr. Colby had regarding an alleged threat against Menlo Park Police Officer. See Exhibit 3, ¶ 3. He will testify that Assistant United States Attorney Susan Knight, FBI Special Agent Scott Hellman, and Ms. Bertrand were present during the phone call. Because the call was limited to questions about the alleged threat, Mr. Colby did not sign a proffer agreement with the United States Attorney's Office and the FBI. *See id.*

In addition, Special Agent Frazier will testify that on May 17, 2016, he interviewed Mr. Colby at the United States Attorney's Office in San Jose, California. *See id.* at ¶ 4. Ms. Bertrand, FBI Special Agent Scott Hellman, and AUSA Susan Knight were present and participated in the interview. Prior to questioning, AUSA Knight advised Mr. Colby, in the presence of his attorney, that he would be providing a proffer statement to the Government. Furthermore, prior to questioning, AUSA Knight provided Mr. Colby with a few administrative remarks prior to handing him and Ms. Bertrand the unsigned agreement. After handing Mr. Colby and Ms. Bertrand the unsigned proffer agreement, AUSA Knight offered Mr. Colby and Ms. Bertrand time to read through the proffer agreement in its entirety prior to their signing. Shortly after receiving the proffer agreement, both Ms. Bertrand and Mr. Colby signed the agreement and returned it back to AUSA Knight. *See id.*

At the time of signing, Special Agent Frazier observed that Mr. Colby was alert and focused. He noted that, at least on one occasion, Mr. Colby was allowed to speak with Ms. Bertrand in private.

During this time, he, along with AUSA Knight and FBI Special Agent Hellman, left the room. *See id.*, ¶ 5.

## CONCLUSION

The United States respectfully requests that the Court find, based on the above-referenced declarations, that an evidentiary hearing is unnecessary. Alternatively, the United States requests that the Court schedule an evidentiary hearing the week of May 14, 2018.

DATED: 5/1/18

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/
SUSAN KNIGHT
JOSEPH E. SPRINGSTEEN
Assistant United States Attorneys