UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSS COLBY,<br><br>Defendant. | Case No. 17-CR-00168-LHK-1<br><br>**ORDER DIRECTING ATTORNEY JOY BERTRAND TO PRODUCE DOCUMENTS** |

At the May 2, 2018 evidentiary hearing on the government's motion in limine to use Defendant's proffer statements for impeachment or rebuttal at trial, Defendant waived privilege as to the discussions between Defendant and Joy Bertrand, who was Defendant's counsel at the May 17, 2016 meeting, relating to Defendant's proffer agreement. Defendant contends that he did not knowingly or voluntarily waive Federal Rule of Evidence 410 and Federal Rule of Criminal Procedure 11(f) as to his proffer statements to the government on May 17, 2016. Ms. Bertrand will testify at the evidentiary hearing on May 24, 2018 at 2 p.m. The Court hereby ORDERS Ms. Bertrand to produce to defense counsel Vicki Young and to AUSA Susan Knight by May 18, 2018 any documents, such as, but not limited to, emails, letters, phone logs, calendars or notes, indicating that Ms. Bertrand informed Defendant of the proffer agreement and its terms, the

government's use of any statements made by Defendant at the May 17, 2016 proffer session, or the purpose and scheduling of the May 17, 2016 proffer session.  Ms. Bertrand shall redact from these documents any privileged information for which Defendant has not waived the privilege. The Courtroom Deputy shall email this Order to Ms. Bertrand.  The government shall serve this Order on Ms. Bertrand.

**IT IS SO ORDERED.**

Dated: May 3, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge