1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  2211 Park Boulevard
   Palo Alto, California 94306
3
   Telephone      (650) 289-0635
4  Fax            (650) 289-0636

5  Counsel for Ross Colby

6

7              **IN THE UNITED STATES DISTRICT COURT**

8            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA,              )   No. CR 17-00168 LHK
                                          )
11                     Plaintiff,         )
                                          )
12         v.                             )   DEFENDANT'S RESPONSE
                                          )   REGARDING OFFER OF PROOF RE
13                                        )   DURESS DEFENSE
   ROSS COLBY,                            )
14                                        )
                       Defendant.         )
15 ───────────────────────────────       )

16      Ross Colby, through counsel, hereby advises that he will not be submitting an offer of proof

17 regarding a duress defense at trial.

18

19      DATED: May 3,  2018                    Respectfully submitted,

20

21                                              /s/ Vicki H. Young
                                               VICKI H. YOUNG
22                                             Attorney for Ross Colby

23

24

25

26

DEFENDANT'S RESPONSE RE OFFER
OF PROOF                                - 1 -