VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306

Telephone   (650) 289-0635
Fax           (650) 289-0636

Counsel for Ross Colby

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 17-00168 LHK (SVK) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | EX PARTE APPLICATION FOR TRAVEL ORDER |
| ROSS COLBY, | ) | |
| Defendant. | ) | |

Defendant Ross Colby, by and through his counsel of record, Vicki H. Young, hereby applies to this court for an order modifying the conditions of his bond so that he can travel from San Francisco to Reno, Nevada, in the District of Nevada, from May 11, 2018, through May 13, 2018, to attend a conference with his friends.  Since Mr. Colby will be traveling to Reno by car, permission to travel through the Eastern District of California to the District of Nevada between those dates is also requested.

The next appearance in the case is an evidentiary hearing on May 24, 2018, at 10:00 a.m.

On May 8, 2018, I sent an e-mail to AUSA Susan Knight regarding this request.  She replied that she did not oppose this request.

///

APPLICATION FOR
TRAVEL ORDER                      - 1 -

On May 8, 2018, I spoke with Pretrial Services Officer Kalisi Kupu regarding this request. Officer Kupu responded that she did not oppose this request as long as Ross Colby provided his itinerary prior to his trip.

DATED: May 8, 2018

Respectfully submitted,

   /s/ Vicki H. Young
VICKI H. YOUNG
Attorney for Ross Colby