1 | ALEX G. TSE (CABN 152348)
Acting United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | SUSAN KNIGHT (CABN 209013)
JOSEPH E. SPRINGSTEEN (DCBN 474317)

5 | Assistant United States Attorneys

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113

7 | Telephone: (408) 535-5061
FAX: (408) 535-5066

8 | E-Mail:Susan.Knight@usdoj.gov
Joseph.Springsteen@usdoj.gov

9

Attorneys for United States of America

10

VICKI H. YOUNG

11 | Law Offices of Vicki H. Young
2211 Park Boulevard

12 | Palo Alto, California 94306
Telephone: (650) 289-0635

13 | Fax: (650) 289-0636

14 | Counsel for Ross Colby

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 17-00168 LHK |
| | ) |
| Plaintiff, | ) STIPULATION OF PARTIES FOR JURY TRIAL |
| | ) |
| v. | ) |
| | ) |
| ROSS COLBY, | ) |
| | ) |
| Defendant. | ) |

The United States, by and through its attorneys, Acting United States Attorney Alex G. Tse, and Assistant United States Attorneys Susan Knight and Joseph E. Springsteen, and defendant Ross Colby, by and through his attorney, Vicki Young, Esq., hereby memorialize the following stipulation for the jury trial in this matter. The parties request that the stipulation be filed and not read it into the record.

Representatives of Google LLC., Comcast Corporation, AT&T, and GoDaddy would testify that

STIPULATIONS
CR 17-00168 LHK

the following exhibits have been certified as business records of a regularly conducted activity and/or records generated by an electronic process or system that produces an accurate result pursuant to Fed. R. Evid. 902(11) and (13), and are true and accurate copies. The parties agree that these exhibits may be admitted into evidence without the necessity of establishing a foundation or authenticity or identification:

| Exhibit No. | Description |
| --- | --- |
| 11 | Google Records for Embarcadero Media account: cplanessi@embarcaderopublishing.com (Bates no. 825; GJ0000006_IA000006_0000001) |
| 12 | Google Records for Embarcadero Media account: fbravo@embarcaderopublishing.com (Bates no. 825; GJ0000006_IA000006_0000001) |
| 13 | Google Records for Embarcadero Media account: ctorres@embarcaderopublishing.com (Bates no. 825; GJ0000006_IA000006_0000001) |
| 14 | Google Records for Embarcadero Media account: webmaster@embarcaderopublishing.com (Bates no. 825; GJ0000006_IA000006_0000001) |
| 15 | Google Records for frankbravomedia@gmail.com (Bates no. 825; GJ0000006_IA000006_0000001) |
| 17 | Google records for Embarcaderopublishing@gmail.com (Bates no. 825; GJ0000018) |
| 18 | Google Records for ross.colby@gmail.com (Bates no. 825;GJ0000052_IA0000052) |
| 20 | Google Records for siffer@gmail.com (Bates nos. 002258) |
| 22 | AT&T Records for Flying Pig Bistro (Bates no. 825;GJ0000026_IA0000026_0000001/ATT/A1-4(1)) |
| 24 | GoDaddy Records for Embarcadero Media (Bates nos.. 81-485) |
| 27 | Comcast Records for John Colby (Bates no. 39, 2263) |
| 29 | Comcast Records for John Colby (Bates nos. 492-44, 2268-70) |
| 31 | Comcast Records for Ross Colby (Bates nos. 2265-66) |

//

//

//

STIPULATIONS
CR 17-00168 LHK

1  The government is obtaining a certification from Facebook for records that were previously
2  produced to the defense, and may enter into another stipulation for those records prior to trial.

3  DATED: May 9, 2018                          Respectfully submitted,

4                                              ALEX G. TSE
                                               Acting United States Attorney
5
                                               /s/
6                                              SUSAN KNIGHT
                                               JOSEPH E. SPRINGSTEEN
7                                              Assistant United States Attorneys

8
   DATED: May 9, 2018
9
                                               /s/
10                                             VICKI H. YOUNG
                                               Counsel for Mr. Colby
11

STIPULATIONS
CR 17-00168 LHK