ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    E-Mail:Susan.Knight@usdoj.gov
        Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306
Telephone: (650) 289-0635
Fax: (650) 289-0636

Counsel for Ross Colby

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00168 LHK |
| Plaintiff, | STIPULATION OF PARTIES FOR JURY TRIAL |
| v. | |
| ROSS COLBY, | |
| Defendant. | |

    The United States, by and through its attorneys, Acting United States Attorney Alex G. Tse, and Assistant United States Attorneys Susan Knight and Joseph E. Springsteen, and defendant Ross Colby, by and through his attorney, Vicki Young, Esq., hereby memorialize the following stipulation for the jury trial in this matter. The parties request that the stipulation be filed and not read it into the record.

    Representatives from Facebook, Inc. would testify that the following exhibits have been certified

STIPULATION
CR 17-00168 LHK

as business records of a regularly conducted activity and/or records generated by an electronic process or system that produces an accurate result pursuant to Fed. R. Evid. 902(11) and (13), and are true and accurate copies. The parties agree that these exhibits may be admitted into evidence without the necessity of establishing a foundation or authenticity or identification:

| Exhibit No. | Description |
|---|---|
| 26 | Facebook Records for Ross Colby (Bates nos. 57-58; 502-506) |

DATED: 5/17/18

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/
SUSAN KNIGHT
JOSEPH E. SPRINGSTEEN
Assistant United States Attorneys

DATED: 5/17/18

/s/
VICKI H. YOUNG
Counsel for Mr. Colby

STIPULATION
CR 17-00168 LHK