ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    E-Mail:Susan.Knight@usdoj.gov
          Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 17-00168 LHK |
| ) | |
| Plaintiff, ) | UNITED STATES' STATUS MEMORANDUM |
| ) | |
| v. ) | |
| ) | |
| ROSS COLBY, ) | |
| ) | |
| Defendant. ) | |

The government files this memorandum to update the Court regarding several issues concerning the evidentiary hearing on May 24, 2018.

First, the government will call FBI Special Agent Scott Hellman to testify about the notes he took at during the proffer with the defendant on May 17, 2016 and his observations of the defendant during the proffer. He will testify at 10:00 a.m. on May 24, 2018.

Second, the Court has ordered the defendant's prior counsel, Joy Bertrand, to testify at 2:00 p.m. on May 24, 2018. In order to carry out the Court's Order, the government arranged Ms. Bertrand's travel to San Jose, California. She will be arriving at approximately 6:30 p.m. on May 23, 2018 and departing at approximately 7:15 p.m. on May 24, 2018.

STATUS MEMORANDUM
CR 17-00168 LHK

Undersigned counsel have learned that Ms. Bertrand has retained Edward F. Donohue and Cassidy E. Chivers to represent her in this matter.  The government has also learned that Mr. Donohue and Ms. Chivers will be filing an *ex parte* motion to vacate the Court's Order to produce documents (Dkt. No. 61) and to vacate the Court's Order for Ms. Bertrand's appearance.  Although Ms. Bertrand is not the government's witness, the government will attempt to respond to any legal questions raised by Mr. Donohue and Ms. Chiver's anticipated filing.

DATED: May 21, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/
SUSAN KNIGHT
JOSEPH E. SPRINGSTEEN
Assistant United States Attorneys