EDWARD F. DONOHUE (SBN 112730)
edonohue@hinshawlaw.com
CASSIDY E. CHIVERS (SBN 203043)
cchivers@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070

Attorney for Non-Party Witness JOY BERTRAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS COLBY,<br><br>Defendants. | Case No. 17-CR-00168-LHK-1<br><br>**DECLARATION OF JOY BERTRAND IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO VACATE ORDER THAT NON-PARTY WITNESS PRODUCE DOCUMENTS AND APPEAR AT EVIDENTIARY HEARING ON MAY 24, 2018**<br><br>Date:   May 24, 2018<br>Time:   2:00 p.m.<br>Dept.:   Hon. Lucy H. Koh |

I, JOY BERTRAND declare as follows:

1. I am an attorney at law licensed to practice before the United States District Court for the Northern District of California. I have personal knowledge of the information set forth below and if called as a witness, I could and would competently testify thereto.

2. On May 3, 2018, I received via email from the court clerk the May 2, 2018 Order Directing Joy Bertrand to Produce Documents as to Ross Colby, which also included an order that I appear at a hearing on May 24, 2018 to testify about my communications with Mr. Colby.

1

3.      Between May 3 and May 7, 2018, I communicated with defense counsel, Vicki Young and the Government to clarify (1) what would be asked of me regarding the scope of my testimony; and (2) the parameters of the May 2, 2018 Order.  I was concerned about my ethical obligations as well as my former client's rights.

4.      Under the circumstances, I believe I needed to consult with ethics counsel to understand my ethical obligations and Mr. Colby's rights.

5.      On May 7, 2018, I contacted the California State Bar ethics hotline.

6.      On May 14, 2018, I spoke with an ethics lawyer.  On that same day, May 14, 2018, I contacted my professional liability insurer.

7.      My insurer initially appointed Arizona counsel to assist me.  On May 16, 2018, I was put in touch with California counsel, Ed Donohue and Cassidy Chivers of Hinshaw & Culbertson.

8.      On May 18, 2018, Hinshaw & Culbertson was formally retained to represent me.

9.      From May 14 to May 20, 2018, I was at a mandatory faculty training for the Spence Trial Lawyers College at "The Ranch" in Dubois, Wyoming, where there was no cell phone reception and limited internet access.  I am on the faculty for the College: https://www.triallawyerscollege.org/about-usblog/faculty/.

10.     Accordingly, I acted as expeditiously as possible as a non-party to this proceeding in order to understand my rights as a non-party and my ethical obligations to my former client and to ensure that the proper action was and is being taken.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 21st day of May, 2018 at Scottsdale, Arizona.

_____
JOY BERTRAND