```
VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306

Telephone    (650) 289-0635
Facsimile    (650) 289-0636
```

Counsel for Defendant ROSS COLBY

FILED

MAY 24 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-17-00168 LHK |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER DIRECTING ISSUANCE OF RULE 17(B) SUBPOENA TO SCOTT HELLMAN |
| vs. | ) | |
| ROSS COLBY, | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

Upon the application of defendant Ross Colby pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the subpoena issue for presence of Scott Hellman and that the fees and expenses associated with the service and production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

IT IS SO ORDERED.

Dated: 5/24/18

_____
United States Magistrate Judge

[Proposed] Order Directing
Issuance of Subpoena                                   1