VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306

Telephone   (650) 289-0635
Facsimile    (650) 289-0636

Counsel for Defendant ROSS COLBY

FILED

MAY 24 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-17–00168 LHK |
|---|---|
| Plaintiff, | ) EX PARTE APPLICATION FOR<br>) INDIGENT TRIAL SUBPOENA |
| vs. | ) F.R.CR.P. 17(b) |
| ROSS COLBY, | ) |
| Defendant. | ) |

Defendant ROSS COLBY, by and through counsel, hereby makes this *ex parte* application to the Court, requesting the following:

(1) an order authorizing the issuance of a subpoena to be served upon the party or parties listed below:

    a.    FBI Special Agent Scott Hellman

(2) an order that the cost of process and fees and the expenses of the subpoenaed entities shall be paid as if the witness was subpoenaed on behalf of the government.

This application is made pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, and is based upon this application and the attached declaration of counsel.

Ex Parte Application for Indigent Subpoena       1


Date: May 23, 2018                                     Respectfully submitted,

*/s/ Vicki H. Young*
Vicki H. Young
Attorney for ROSS COLBY