VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306

Telephone   (650) 289-0635
Facsimile    (650) 289-0636

Counsel for Defendant ROSS COLBY

FILED

MAY 24 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-17-00168 LHK |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | EX PARTE DECLARATION IN SUPPORT OF APPLICATION FOR INDIGENT SUBPOENA DUCES TECUM |
| ROSS COLBY, | ) | |
| Defendant. | ) | |

I, Vicki H. Young, hereby declare:

1. I am the attorney appointed under 18 U.S.C. 3006A to represent defendant Ross Colby in the above entitled matter. Ross Colby is charged with violations of 18 U.S.C. § 1030(a)(5)(A), and 18 U.S.C. § 1030(a)(2)(c).

2. The government has provided copies of reports prepared by FBI co-case agent Scott Hellman as part of the discovery in this case. Defense counsel may need to call Special Agent Hellman in presenting the defense case at jury trial.

3. For the reasons set forth above, the defendant respectfully requests that an order issue:

   a. Authorizing the issuance of a trial subpoena ;

      b.    Authorizing that the cost of process and fees and expenses of the subpoenaed entities shall be paid as if the witnesses were subpoenaed on behalf of the government;

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

Executed this 23rd day of May, 2018, at Palo Alto, California.

_____
Vicki H. Young
Attorney for ROSS COLBY

Declaration in Support of Application for Indigent Subpoena        2