UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

## UNITED STATES OF AMERICA v. ROSS COLBY
5:17-CR-00168-LHK

**Court Proceedings:** Jury Trial, Friday, June 1, 2018
**Location:** Courtroom 8
**Time in Court**: 5 hours, 58 minutes

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None Requested

**Plaintiff's Counsel:** Susan Knight and Joseph Springsteen
**Defense Counsel:** Vicki Young

Hearing held.  Defendant was present and out of custody.

Also present: Anthony Frazier and Lakisha Holliman.

*See* attached trial log.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:17-CR-00168-LHK**
Case Name: *United States of America v. Ross Colby*

### TRIAL LOG

| TRIAL DATE: 6/1/2018 | | REPORTER(S): Lee-Anne Shortridge | CLERK: Irene Mason |
|---|---|---|---|
| PLF | DEFTS | *TIME | DESCRIPTION |
|  |  | 9:09 AM | Hearing held outside presence of jury. |
|  |  | 9:18 AM | Jury summoned. |
|  |  | 9:19 AM | Continued direct examination of Mr. Frazier. |
|  |  | 9:24 AM | **Exhibit 18 admitted.** |
|  |  | 9:37 AM | **Exhibit 29 admitted.** |
|  |  | 9:41 AM | **Exhibit 20 admitted.** |
|  | CX | 9:48 AM | Cross-examination of Mr. Frazier. |
|  |  | 9:52 AM | Recess. Parties also excused for break. |
|  |  | 10:02 AM | Jury summoned. |
|  |  | 10:05 AM | Continued cross-examination of Mr. Frazier. |
|  |  | 11:25 AM | Jurors excused for break. |
|  |  | 11:26 AM | Hearing held outside presence of jury. |
|  |  | 11:27 AM | Parties excused for break. |
|  |  | 11:35 AM | Jury summoned. |
| RDX |  | 11:36 AM | Redirect of Mr. Frazier. |
|  | RCX | 11:47 AM | Re-cross of Mr. Frazier. |
|  |  | 11:49 AM | Mr. Frazier excused and subject to recall as a fact witness. |
| W8 |  | 11:50 AM | Plaintiff calls John Colby for testimony. John Colby sworn. |
| DX |  | 11:51 AM | Direct examination of John Colby. |
|  |  | 11:54 AM | John Colby excused and *not* subject to recall. |
| W9 |  | 11:55 AM | Plaintiff calls Zephyr Pellerin for testimony. Mr. Pellerin sworn. |
| DX |  | 11:56 AM | Direct examination of Mr. Pellerin. |
|  |  | 12:09 PM | Jurors excused for lunch break. |

|  |  | 12:10 PM | Hearing held outside presence of jury. |
|---|---|---|---|
|  |  | 12:13 PM | Parties excused for break. |
|  |  | 1:17 PM | Jury summoned. |
|  | CX | 1:18 PM | Cross-examination of Mr. Pellerin. |
|  |  | 1:29 PM | Jurors excused. |
|  |  | 1:30 PM | Hearing held outside presence of jury. |
|  |  | 1:33 PM | Mr. Pellerin excused pending appointment of counsel. |
|  |  | 1:34 PM | Jury summoned. |
| W10 |  | 1:35 PM | Plaintiff calls Frank Arsenault called for testimony.  Mr. Arsenault sworn. |
| DX |  | 1:36 PM | Direct examination of Mr. Arsenault. |
|  |  | 1:43 PM | Jurors excused for break. |
|  |  | 1:44 PM | Hearing held outside presence of jury. |
|  |  | 1:44 PM | Parties excused for break. |
|  |  | 1:52 PM | Jury summoned. |
|  |  | 1:53 PM | Continued direct examination of Mr. Arsenault. |
|  | CX | 2:20 PM | Cross-examination of Mr. Arsenault. |
|  |  | 2:33 PM | Mr. Arsenault excused and *not* subject to recall. |
|  |  | 2:34 PM | Jurors excused for break. |
|  |  | 2:35 PM | Hearing held outside presence of jury. |
|  |  | 2:36 PM | Parties excused for break. |
|  |  | 2:42 PM | Jury summoned. |
|  |  | 2:43 PM | Continued cross-examination of Mr. Pellerin. |
| RDX |  | 2:52 PM | Redirect of Mr. Pellerin. |
|  | RCX | 2:53 PM | Re-cross of Mr. Pellerin. |
| RDX |  | 2:53 PM | Redirect of Mr. Pellerin. |
|  |  | 2:54 PM | Mr. Pellerin excused and *not* subject to recall. |
| W11 |  | 2:54 PM | Plaintiff calls Keena Willis for testimony.  Ms. Willis sworn. |
| DX |  | 2:55 PM | Direct examination of Ms. Willis. |
|  |  | 3:33 PM | Jurors excused for break. |
|  |  | 3:34 PM | Hearing held outside presence of jury. |
|  |  | 3:36 PM | Parties excused for break. |

|  |  | 3:49 PM | Hearing held outside presence of jury. |
|---|---|---|---|
|  |  | 3:49 PM | Jury summoned. |
|  | CX | 3:50 PM | Cross-examination of Ms. Willis. |
|  |  | 3:57 PM | Ms. Willis excused and *not* subject to recall. |
|  |  | 3:58 PM | Plaintiff calls Anthony Frazier for testimony. Mr. Frazier previously sworn and remains under oath. |
|  |  | 3:59 PM | Direct examination of Mr. Frazier. |
|  |  | 4:07 PM | Plaintiff offers Mr. Frazier as an expert in cybercrime investigations and computer forensics. |
|  |  | 4:07 PM | Defense voir dire of Mr. Frazier's expertise. |
|  |  | 4:15 PM | Court certifies Mr. Frazier as an expert in cybercrime investigations and computer forensics. |
|  |  | 4:15 PM | Continued direct examination of Mr. Frazier. |
|  |  | 4:16 PM | **Exhibit 33 ID only.** |
|  |  | 4:25 PM | **Exhibit 34 admitted.** |
|  |  | 4:31 PM | Jurors excused for the day and instructed not to research or discuss the case. Jurors to return 6/4/18 at 9:00 a.m. |
|  |  | 4:32 PM | Hearing held outside presence of jury. |
|  |  | 4:56 PM | Parties excused. Court adjourned. Trial resumes 6/4/18 at 9:00 a.m. |
|  |  |  | *Time as listed and calculated in this Minute Entry is offered as an estimate. Please see the Court Reporter's real-time transcript. The Court remains the official time-keeper in this case. |