| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>Acting United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CABN 209013)<br>JOSEPH E. SPRINGSTEEN (DCBN 474317) |
| 5 | Assistant United States Attorneys |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061<br>FAX: (408) 535-5066 |
| 8 | E-Mail:Susan.Knight@usdoj.gov<br>         Joseph.Springsteen@usdoj.gov |
| 9 | |
| 10 | Attorneys for United States of America |
| 11 | VICKI H. YOUNG<br>Law Offices of Vicki H. Young |
| 12 | 2211 Park Boulevard<br>Palo Alto, California 94306 |
| 13 | Telephone: (650) 289-0635<br>Fax: (650) 289-0636 |
| 14 | Counsel for Ross Colby |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17-00168 LHK |
| Plaintiff, | ) ) | JOINT STATEMENT OF THE PARTIES REGARDING FINAL JURY INSTRUCTIONS |
| v. | ) ) | |
| ROSS COLBY, | ) ) | |
| Defendant. | ) ) | |

On June 2, 2018, the parties met and conferred regarding the final jury instructions for trial in the above-captioned matters. The parties discussed whether the Court should include Instruction 4.3, Other Crimes, Wrongs or Acts of Defendant, in the jury instructions. The parties agreed that the Court should *not* include Instruction 4.3.

JOINT STATEMENT
CR 17-00168 LHK

1  DATED: June 2, 2018                    Respectfully submitted,

2                                         ALEX G. TSE
                                          Acting United States Attorney
3
                                          /s/
4                                         SUSAN KNIGHT
                                          JOSEPH E. SPRINGSTEEN
5                                         Assistant United States Attorneys

6
   DATED:  June 2, 2018
7
                                          /s/
8                                         VICKI H. YOUNG
                                          Counsel for defendant Ross Colby
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT
CR 17-00168 LHK