ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    E-Mail:Susan.Knight@usdoj.gov
        Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306
Telephone: (650) 289-0635
Fax: (650) 289-0636

Counsel for Ross Colby

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 17-00168 LHK |
|---|---|---|
| Plaintiff, | ) | JOINT ADMITTED EXHIBIT LIST |
| v. | ) | |
| ROSS COLBY, | ) | |
| Defendant. | ) | |

JOINT ADMITTED EXHIBIT LIST
CR 17-00168 LHK

| EXHIBIT NUMBER | DATE ADMITTED INTO EVIDENCE | DESCRIPTION |
|---|---|---|
| 2 | 5/29/18 | Audit Reports from Embarcadero Media (Bates 825; Zip File 0000003/ Embarcadero Zip File/For Logs/Audit Report 20150918-1707.csx) |
| 3 | 5/29/18 | Screen Shot taken by Frank Bravo (Bates 825; Zip File 0000003/ Embarcadero Zip File/For Logs/screen shot 2015-09-17 at 10:57.17PM.png) |
| 4 | 5/29/18 | Screen Shot taken by Frank Bravo (Bates 825; Zip File 0000003/ Embarcadero Zip File/For Logs/screen shot 2015-09-18 at 3:09.15AM.png) |
| 5 | 5/29/18 | Screen Shot taken by Frank Bravo (Bates 825; Zip File 0000003/ Embarcadero Zip File/For Logs/screen shot 2015-09-18 at 5:02.53PM.png) |
| 6 | 5/29/18 | Screen Shot taken by Frank Bravo (Bates 825; Zip File 0000003/ Embarcadero Zip File/For Logs/screen shot 2015-09-18 at 5:03.16PM.png) |
| 7 | 5/29/18 | Screen Shot taken by Frank Bravo (Bates 825; Zip File 0000003/Embarcadero Zip File/For Logs/screen shot 2015-09-18 at 5:13.08PM.png) |
| 8 | 5/29/18 | Screen shot taken by Frank Bravo (Bates 825; Zip File 0000003/Embarcadero Zip File/For Logs/1.jpg) |
| 9 | 5/31/18 | Redacted Embarcadero document entitled "Things To Remember" (Bates no. 832-841) |
| 9a | 5/31/18 | Redacted Embarcadero document entitled "Things to Remember" |
| 11 | 5/31/18 | Google Records for Embarcadero Media account: cplanessi@embarcaderopublishing.com (Bates no. 825; GJ0000006_IA000006_0000001) |
| 12 | 5/31/18 | Google Records for Embarcadero Media account: fbravo@embarcaderopublishing.com (Bates no. 825; GJ0000006_IA000006_0000001) |
| 13 | 5/31/18 | Google Records for Embarcadero Media account: ctorres@embarcaderopublishing.com (Bates no. 825; GJ0000006_IA000006_0000001) |
| 15 | 6/4/18 | Google Records for frankbravomedia@gmail.com (Bates no. 825; GJ0000006_IA000006_0000001) |
| 17 | 5/31/18 | Google records for Embarcaderopublishing@gmail.com (Bates no. 825; GJ0000018) |
| 18 | 6/1/18 | Google Records for ross.colby@gmail.com (Bates no. 825;GJ0000052_IA0000052) |

JOINT ADMITTED EXHIBIT LIST
CR 17-00168 LHK                                    2

| EXHIBIT NUMBER | DATE ADMITTED INTO EVIDENCE | DESCRIPTION |
|---|---|---|
| 20 | 6/1/18 | Google Records for siffer@gmail.com (Bates nos. 002258) |
| 22 | 5/31/18 | AT&T Records for Flying Pig Bistro (Bates no. 825;GJ0000026_IA0000026_0000001/ATT/A1-4(1)) |
| 22a | 5/31/18 | AT&T Records for Flying Pig Bistro (additional documents) (Bates no. 2333-2338_ |
| 24 | 5/31/18 | GoDaddy Records for Embarcadero Media (Bates nos.. 81-485) |
| 26 | 6/4/18 | Facebook Records for Ross Colby (Bates nos. 57-58; 502-506) |
| 27 | 5/31/18 | Comcast Records for John Colby (Bates no. 39, 2263) |
| 29 | 6/1/18 | Comcast Records for John Colby (Bates nos. 492-44, 2268-70) |
| 31 | 5/31/18 | Comcast Records for Ross Colby (Bates nos. 2265-66) |
| 34 | 6/1/18 | Account Access Summary Charts |
| A | 6/4/18 | Connections to Embarcadero Media email sites |
| B | 6/4/18 | Connections to Ross.Colby or Siffer email sites |

DATED: 6/4/18                                    Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/
SUSAN KNIGHT
JOSEPH E. SPRINGSTEEN
Assistant United States Attorneys


DATED: 6/4/18                                    /s/
VICKI H. YOUNG
Counsel for Defendant Colby

JOINT ADMITTED EXHIBIT LIST
CR 17-00168 LHK                          3