UNITED STATES OF AMERICA v. ROSS COLBY
17-CR-00168-LHK
U.S. District Court, Northern District of California, San Jose Division

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 1

The Jury has the following question:

- Could the defense team have called their own witnesses?
- Could the defense have introduced own/new evidence?
- Can we use a computer to demo a theory?

Date: 6/6/18   Signature of Juror: Nicole Sowers

Time: 10:25 am   Printed name of Juror: Nicole Sowers

Response from the Court:

As for your first two questions, please refer to Final Jury Instruction No. 3.2. However, you must follow all of the Final Jury Instructions and not single out some and ignore others. All of the Final Jury Instructions are important.

As for your last question, you have received all the evidence you may consider. Please refer to Final Jury Instruction No. 3.6. Therefore, we will not give you a computer to demo a theory.

Date: 6/6/18
Time: 11:33 AM

Lucy H. Koh
United States District Judge