UNITED STATES OF AMERICA v. ROSS COLBY
17-CR-00168-LHK
U.S. District Court, Northern District of California, San Jose Division

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 2

The Jury has the following question:

- If defense does not raise possibility of malware or remote login by other actors using the ~~defendant's~~ defendant's device to commit the crime, should this possibility ~~be~~ not be allowed in determining reasonable doubt by jurors in determining guilt?

Date: 6/6/18

Signature of Juror: William Kwok

Time: 10:32AM

Printed name of Juror: William Kwok

Response from the Court:

Please refer to Final Jury Instructions 3.2, 3.5, 3.6, and 3.7. However, you must follow all of the Final Jury Instructions and not single out some and ignore others. All the final Jury Instructions are important.

Date: 6/6/18
Time: 11:44 am.

Lucy H. Koh
United States District Judge