United States District Court
Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,              Case No. 17-CR-168-LHK
           Plaintiff,
12
           v.                               **JURY VERDICT**
13
     ROSS COLBY,                            (Signed by Jury Foreperson on 6/6/2018)
14
           Defendant.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br>　　　Plaintiff,<br>　　v.<br>ROSS COLBY,<br>　　　Defendant. | Case No. 17-CR-00168-LHK-1<br>**JURY VERDICT FORM** |

### COUNT ONE: 18 U.S.C. §§ 1030(a)(5)(A) & 1030(c)(4)(B)(i)

1.    We, the Jury, unanimously find Defendant Ross Colby

    NOT GUILTY_____　　　　GUILTY __✗__

of Intentional Damage to a Protected Computer on or about September 17, 2015, in violation of 18 U.S.C. § 1030(a)(5)(A), as charged in Count One of the Indictment.

    If you find the defendant guilty, proceed to Question 2. If you find the defendant not guilty, proceed to Question 3.

Case No. 17-CR-00168-LHK-1
JURY VERDICT FORM

1

2.  If you found the defendant guilty as to Count One, do you also find beyond a reasonable doubt that the offense caused loss to one or more persons during any one-year period aggregating at least $5,000 in value, in violation of 18 U.S.C. § 1030(c)(4)(B)(i)?

NO_____        YES__✗__

**COUNT TWO: 18 U.S.C. §§ 1030(a)(5)(A) & 1030(c)(4)(B)(ii)**

3.  We, the Jury, unanimously find Defendant Ross Colby

NOT GUILTY_____        GUILTY__✗__

of Attempted Damage to a Protected Computer on or about September 17, 2015, in violation of 18 U.S.C. § 1030(a)(5)(A) and (c)(4)(B)(ii), as charged in Count Two of the Indictment.

**COUNT THREE: 18 U.S.C. § 1030(a)(2)(C)**

4.  We, the Jury, unanimously find Defendant Ross Colby

NOT GUILTY_____        GUILTY__✗__

of Intentionally Accessing a Protected Computer Without Authorization and Obtaining Information on or about July 23, 2015, in violation of 18 U.S.C. § 1030(a)(2)(C), as charged in Count Three of the Indictment.

**COUNT FOUR: 18 U.S.C. 18 U.S.C. § 1030(a)(2)(C)**

5.  We, the Jury, unanimously find Defendant Ross Colby

NOT GUILTY_____        GUILTY__✗__

of Intentionally Accessing a Protected Computer Without Authorization and Obtaining Information on or about July 24, 2015, in violation of 18 U.S.C. § 1030(a)(2)(C), as charged in Count Four of the Indictment.

Case No. 17-CR-00168-LHK-1
JURY VERDICT FORM

2

**COUNT FIVE: 18 U.S.C. 18 U.S.C. § 1030(a)(2)(C)**

6.  We, the Jury, unanimously find Defendant Ross Colby

   NOT GUILTY_____     GUILTY __X__

of Intentionally Accessing a Protected Computer Without Authorization and Obtaining Information on or about July 25, 2015, in violation of 18 U.S.C. § 1030(a)(2)(C), as charged in Count Five of the Indictment.

DATED: June 6, 2018

_Dan Smith_
JURY FOREPERSON

Case No. 17-CR-00168-LHK-1
JURY VERDICT FORM

3