ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    E-Mail:Susan.Knight@usdoj.gov
        Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

VICKI H. YOUNG
Law Offices of Vicki H. Young

    2211 Park Boulevard
    Palo Alto, California 94306
    Telephone:  (650) 289-0635
    Fax:        (650) 289-0636

Counsel for Ross Colby

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROSS COLBY, <br><br> Defendant. | No. CR 17-00168 LHK <br><br> [PROPOSED] ORDER FOR COMMITMENT AND COMPETENCY EVALUATION OF THE DEFENDANT |

On December 14, 2018, the parties appeared for a status conference in the above-captioned matter. The Court reviewed Dr. Jeffrey Gould's psychological report concerning the defendant and ordered that the defendant undergo a second psychological evaluation by the Bureau of Prisons to

[PROPOSED] ORDER
CR 17-00168 LHK

determine if he is competent to be sentenced. 18 U.S.C. § 4241(a). The parties requested that the examination be done in an expedited matter at a suitable Bureau of Prisons facility and a report prepared. 18 U.S.C. §§ 4241(b), 4247(b), (c).

In addition, the parties requested that the Court order the Bureau of Prisons to provide the defendant with the following medications while he is in custody: Alinia or the generic Nitazoxanide, Doxycyclinie, Azithromycin, and Fluconazole.

DATED: December 14, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

/s/
SUSAN KNIGHT
JOSEPH E. SPRINGSTEEN
Assistant United States Attorneys

/s/
VICKI H. YOUNG
Counsel for Mr. Colby

[PROPOSED] ORDER
CR 17-00168 LHK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17-00168 LHK |
| Plaintiff, | ) ) | [PROPOSED] ORDER FOR COMMITMENT AND COMPETENCY EVALUATION OF THE |
| v. | ) ) | DEFENDANT |
| ROSS COLBY, | ) ) | |
| Defendant. | ) ) | |

### [PROPOSED] ORDER

This matter having come before the Court pursuant to the defendant's and the government's joint motion under 18 U.S.C. § 4241(a) and the Court finding that a second evaluation must be conducted in order to determine if the defendant is competent to be sentenced, it is therefore,

ORDERED that the defendant be committed to the custody of the Attorney General for an evaluation, the preparation of a report and that he be offered treatment if recommended.

It is ORDERED that a psychiatric or psychological examination of the defendant be conducted as quickly as possible at a suitable medical facility for a period not to exceed 30 days, unless extended for a period not to exceed 15 days for good cause shown, and that a psychiatric or psychological report be filed with the Court as soon thereafter as practicable, pursuant to the provisions of 18 U.S.C. §§ 4247(b) and (c). Said report shall meet the requirements of 18 U.S.C. § 4247(c), and shall contain an assessment of whether defendant is presently suffering from a mental disease or defect rendering him

1 | unable to understand the nature and consequences of the proceedings against him or to assist properly in
2 | his defense. Copies of the report shall be furnished to the Court, to counsel for defendant, and to
3 | counsel for the government, pursuant to 18 U.S.C. § 4247(c).
4 |     IT IS ORDERED that upon completion of said examination and upon receipt of the psychiatric
5 | or psychological report described above, the parties shall notify the Court to schedule a hearing to
6 | determine the defendant's competency to understand the nature and consequences of the proceedings
7 | against him or to assist in the preparation of his defense.
8 |     IT IS ORDERED and directed that the United States Marshal make the necessary arrangements
9 | for the expeditious transportation of the defendant to the designated facility to conduct the examination.
10 |     IT IS FURTHER ORDERED that the Bureau of Prisons shall provide the defendant with the
11 | following medications while in custody: Alinia or the generic Nitazoxanide, Doxycyclinie,
12 | Azithromycin, and Fluconazole.
13 | IT IS SO ORDERED.
14 | DATED: 12/14/2018

_Lucy H. Koh_
HONORABLE LUCY H. KOH
United States District Judge