VICKI H. YOUNG
Law Offices of Vicki H. Young
2211 Park Boulevard
Palo Alto, California 94306

Telephone    (650) 289-0635
Fax          (650) 289-0636

Counsel for ROSS COLBY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ROSS COLBY,<br><br>                Defendant. | No. CR 17-00168 LHK<br><br>STIPULATION OF PARTIES REGARDING MEDICATION DURING TRANSPORTATION; [PROPOSED] ORDER |

It is hereby stipulated between the defendant ROSS COLBY, through his attorney of record Vicki H. Young, Esq., and the government, through Assistant United States Attorney Susan Knight, that the Federal Bureau of Prisons provide defendant Ross Colby, Reg. No. 24198-111, with a 30 day supply of his medication when he is transported from FMC Fort Worth to either another BOP facility or to be returned to the Northern District of California for further proceedings. The reason for this request is that it is critical for Mr. Colby's health that his medical regime continue without interruption. The medication that Mr. Colby is currently receiving is nitazonanide (Alinia), doxycycline, and fluconazole.

///

It is so stipulated.

Dated: February 14, 2019      Respectfully submitted,

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Ross Colby

Dated: February 14, 2019      DAVID L. ANDERSON
UNITED STATES ATTORNEY

/s/ Susan Knight
SUSAN KNIGHT
Assistant United States Attorney

## ~~PROPOSED~~ ORDER

GOOD CAUSE BEING SHOWN, the court orders that the Federal Bureau of Prisons shall provide the defendant ROSS COLBY, Reg. No. 24198-111, with a 30 day supply of his medications nitazonanide (Alinia), doxycycline, and fluconazole when he leaves FMC Fort Worth to be transported either to another BOP facility or to be returned to the Northern District of California for further proceedings.

IT IS SO ORDERED.

DATED: February 36, 423;

LUCY H. KOH
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
~~[PROPOSED]~~ ORDER

- 2 -